UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/13/2020

BKST BRAND HOLDINGS LLC,

           Plaintiff,

v.

TEAM INTERNATIONAL GROUP OF AMERICA, INC. d/b/a KALORIK,

           Defendants.

No. 20-CV-4226 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The initial conference scheduled for August 14, 2020 at 3:45 PM is hereby converted to a telephone conference. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    August 13, 2020
            New York, New York

                              Ronnie Abrams
                              United States District Judge